1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

# SEALED

22    Law office of Travis E. Shetler

23

24    Travis E. Shetler, Esq.
       Nevada State Bar No. 4747
       844 East Sahara Avenue
25    Las Vegas, Nevada 89104
       Attorney for Defendant
26    RICKY  ANDERSON

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                      )
                                               )
                    Plaintiff,                 )   NO.  2:13-CR-018-JCM-(GWF)
         v.                                    )
                                               )
                                               )   ORDER APPOINTING RUSSELL
LEON BENZER,                                   )   M. AOKI AS
KEITH GREGORY,                                 )   COORDINATING DISCOVERY
CHARLES McCHESNEY,                             )   ATTORNEY
BARRY LEVINSON,                                )
RICKY ANDERSON,                                )
MARIA LIMON,                                   )
JOSE LUIS ALVAREZ,                             )
RODOLFO ALVAREZ-RODRIGUEZ,                     )
SALVATORE RUVOLO,                              )
DAVID BALL, and                                )
EDITH GILLESPIE,                               )
                    Defendants.                )
                                               )

      Eleven defendants are charged with Conspiracy to Commit Mail and Wire

Fraud.  Some defendants are also charged with Wire Fraud, Mail Fraud and

Providing a False Statement.  The indictment alleges:

      From at least in or about August 2003 through at least in or about February
2009, Defendants participated in the scheme to fraudulently obtain loans on
properties within these and other HOAs, fraudulently infiltrate the boards of
these HOAs, and then award legal and construction work to co-conspirators.

Indictment Docket #1.

      The Government has identified a large amount of discovery.  It has

categorized the discovery into four groups.  First, there are approximately 186,000

hard copy documents that have already been scanned with another 25 boxes in the

process of being scanned.  Second, there are a number a computer drives totaling

1

eight to ten terabytes of data that were seized through the execution of search warrants.  The third category of discovery are items, other than computer hard drives, that were seized during search warrants. The fourth group is made up of miscellaneous materials.

Culling the vast amount of discovery to a collection of reviewable proportions requires the help of someone who has experience dealing with large volumes of data.  Russell M. Aoki is hereby appointed as Coordinating Discovery Attorney to assist defense counsel with developing strategies to help counsel cull down the discovery to reviewable proportions and identifying services to search and organize the materials.  His duties are defined within this Order, along with the basis for his appointment:

Discovery issues specific to any particular defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

Unless otherwise agreed by the parties, the Government shall provide discovery to the Coordinating Discovery Attorney for distribution to defense counsel to avoid delay in distribution.  The Coordinating Discovery Attorney shall duplicate and distribute the discovery to all defense counsel.  The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

Defense counsel may still require support services depending on the particular needs of their case, but prior to petitioning for any support staff funds, defense counsel must confer with the Coordinating Discovery Attorney to determine

1

2  whether such services are already being addressed or could be addressed in whole

3  or in part.

4
      The Coordinating Discovery Attorney shall petition this Court, ex parte, for

5

6  funds for staffing or outside services and shall monitor all vendor invoices.  All

7  petitions shall include a basis for the requested funds and a determination that the

8  costs of the services are reasonable.  The Coordinating Discovery Attorney shall

9
also review all vendor invoices to assure that invoiced costs are for work previously

10
agreed to be performed.

11

12
      DONE AND ORDERED at ____Las Vegas____, Nevada this 1st day of

13
February____, 2013.

14

15

16

17  GEORGE FOLEY, JR.
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

3