1

2

3

4               **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7   UNITED STATES OF AMERICA,            )
                                         )
8              Plaintiff,                )      Case No. 2:13-cr-00018-JCM-GWF
                                         )
9   vs.                                  )      **SCHEDULING ORDER**
                                         )
10  LEON BENZER, *et al.*,               )
                                         )
11             Defendants.               )
    _____ )

12

13         This matter comes before the Court on the parties' Proposed Complex Case Scheduling

14  Order (#50), filed on February 4, 2013.  The Court conducted a hearing on the matter on March 27,

15  2013. *See Minutes of Proceedings, Doc. #94.*

16         **IT IS HEREBY ORDERED** that the following schedule shall apply in this case:

17         (1) The Court finds that this is a complex case within the meaning of 18 U.S.C. §

18  3161(h)(8)(B)(ii) because, among other things, the nature of the prosecution is such that it is

19  unreasonable to expect adequate trial preparation within the time limits prescribed by the Speedy

20  Trial Act.  All time from the entry of the Defendants' pleas in this case until the trial of this matter

21  is excluded under 18 U.S.C. § 3161(h)(8)(A) as the ends of justice outweigh the interests of the

22  public and Defendants in a speedy trial.

23         (2) The Orders setting calendar call for July 17, 2013 and trial for July 22, 2013 are hereby

24  **vacated**.  Trial is set for Monday, March 3, 2014 at 9:00 AM.  Calendar call is set for Wednesday,

25  February 26, 2014 at 1:30 PM.

26         (3) The Government shall make Rule 16 disclosures (excluding Jencks Act expert

27  disclosures) on or before June 1, 2013.  Defendant shall make Rule 16 disclosures on or before July

28  1, 2013.  The parties have a continuing duty to disclose up to and including trial.

1      (4) The Government shall disclose Jencks Act material on or before January 2, 2014.

2      (5) The parties shall make expert disclosures no later than December 3, 2013.

3      (6) The parties shall file pretrial motions no later than November 4, 2013.  Responses shall

4 be due 30 days after receipt of the pretrial motions.  Replies shall be due 14 days after receipt of

5 responses.

6      DATED this _28th_ day of March, 2013.

7

8                         _____

9                         GEORGE FOLEY, JR.
                        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28