CHARLES LA BELLA
KATHLEEN McGOVERN
Deputy Chiefs
THOMAS B. W. HALL
ALISON L. ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEON BENZER, | ) |
| KEITH GREGORY, | ) |
| CHARLES McCHESNEY, | ) |
| BARRY LEVINSON, | ) |
| RICKY ANDERSON, | ) |
| MARIA LIMON, | ) |
| JOSE LUIS ALVAREZ, | ) |
| RUDOLFO ALVAREZ-RODRIGUEZ, | ) |
| SALVATORE RUVOLO, | ) |
| DAVID BALL, and | ) |
| EDITH GILLESPIE, | ) |
| | ) |
| Defendants. | ) |

**PETITION FOR PERMISSION TO PRACTICE IN THIS CASE
ON BEHALF OF THE UNITED STATES**

Alison L. Anderson, Petitioner, respectfully represents to the Court:

1. That Petitioner seeks, pursuant to Local Rule IA 10-3 relevant to government attorneys, permission to represent the United States in the above captioned matter.

2. That Petitioner is an attorney at law and an employee of the United States Department of Justice, Criminal Division, Fraud Section, with office at 1400 New York Avenue, NW, Washington, District of Columbia, 20530, (202) 598-2929, Alison.Anderson@usdoj.gov.

3. That Petitioner is employed by the Department of Justice, Criminal Division, Fraud Section, by the United States of America to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since January 2011, Petitioner has been, and presently is, a member in good standing of the bar of the highest Court of the State of California, Bar Number 275334.

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never applied for or been denied admission to the State Bar of Nevada.

7. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

8. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court in the above captioned case, and all related cases.

*[signature]*
Petitioner's signature

2

APPROVED:

Dated: this 18th day of October, 2013.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEON BENZER, ) | |
| KEITH GREGORY, ) | |
| CHARLES McCHESNEY, ) | |
| BARRY LEVINSON, ) | |
| RICKY ANDERSON, ) | |
| MARIA LIMON, ) | |
| JOSE LUIS ALVAREZ, ) | |
| RUDOLFO ALVAREZ-RODRIGUEZ, ) | |
| SALVATORE RUVOLO, ) | |
| DAVID BALL, and ) | |
| EDITH GILLESPIE, ) | |
| ) | |
| Defendants. ) | |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: October 17, 2013

*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
Trial Attorney, U.S. Dept. of Justice
Criminal Division, Fraud Section