# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>v.<br><br>LEON BENZER, et al.<br><br>  Defendant(s). | 2:13-CV-18 JCM (GWF) |

## ORDER

Presently before the court is defendant Charles McChesney's motion for joinder. (Doc. # 255). This motion was filed on February 26, 2014, and requests that the court join defendant McChesney to the motion to continue filed by the other defendants in this case (doc. # 241). However, the court has since denied the motion that defendant McChesney seeks to join.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Charles McChesney's motion for joinder (doc. # 255) be, and at the same time hereby is, DENIED as moot

DATED March 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**